## Jesse Keith MACKEY

### v.

### STATE.

### No. 0541–91.

Court of Criminal Appeals of Texas, En Banc.

Jan. 22, 1992.

Prior report: Available on WESTLAW, 1991 WL 44941.

---

On appellant's petitions for discretionary review: Judgment of the Court of Appeals reversed: cause remanded to that court.